UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
STEPHANIE YUTKIN,

        Plaintiff,

        -v-

MERRICK GARLAND and AUGUST FLENTJE,

        Defendants.
------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

22 Civ. 7850 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference scheduled for September 23, 2022, at 10:00 a.m., is vacated as premature and will be rescheduled once Defendants have filed their answers.

        SO ORDERED.

Dated:    September 23, 2022           /s/ Alvin K. Hellerstein
             New York, New York           ALVIN K. HELLERSTEIN
                                                          United States District Judge